# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 14, 2023

**CASE OF:**   IN RE: AMENDMENTS TO THE FLORIDA RULES OF
APPELLATE PROCEDURE

**DOCKET NO.:**  SC2023-0033

**OPINION FILED:**  August 31, 2023

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 22, line 28, the word, "join" was removed.

**SIGNED:  OPINION CLERK**